1/25/2024 5:02 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 83813556
Receipt Number: 979945      By: Bralyn Medlock
Tracking Number: 74278516  Filed: 1/25/2024 5:02 PM

EML

**COPY OF PLEADING PROVIDED BY PLT**

CAUSE NUMBER: 202402078

---

| | |
|---|---|
| PLAINTIFF: ASCIONE, JULIAN | In the 270th Judicial |
| vs. | District Court of |
| DEFENDANT: SIGMA ALPHA EPSILON TEXAS RHO CHAPTER HOUSE CORPORATION | Harris County, Texas |

---

CITATION

THE STATE OF TEXAS
County of Harris

TO: SIGMA ALPHA EPSILON TEXAS RHO CHAPTER HOUSE CORPORATION BY SERVING

ITS REGISTERED AGENT COGENCY GLOBAL INC

1601 ELM STREET SUITE 4360

DALLAS TX 75201

    Attached is a copy of PLAINTIFFS ORIGINAL PETITION.

This instrument was filed on January 11, 2024, in the above numbered and styled cause on the docket in the above Judicial District Court of Harris County, Texas, in the courthouse in the City of Houston, Texas. The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

    ISSUED AND GIVEN UNDER MY HAND and seal of said Court, at Houston, Texas, this January 19, 2024.



*Marilyn Burgess*

Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002

Generated By: CYNTHIA CLAUSELL

Issued at request of:
RAWLINGS, CLAYTON RICHARD
5020 MONTROSE BLVD. 700
HOUSTON, TX 77006-
713-520-7701
Bar Number: 16589900



EXHIBIT
A

Tracking Number: 74278370
EML

CAUSE NUMBER: 202402078

PLAINTIFF: ASCIONE, JULIAN                        In the 270th

    vs.                                        Judicial District Court

DEFENDANT: SIGMA ALPHA EPSILON TEXAS RHO          of Harris County, Texas
CHAPTER HOUSE CORPORATION

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____o'clock ____. M., on the _____ day of
_____, 20_____.
Executed at (address) _____
in _____ County
at _____ o'clock ____. M., on the _____ day of
_____, 20 _____,
by delivering to _____ defendant,
in person, a true copy of this
Citation together with the accompanying _____ copy(ies) of the
_____ Petition
attached thereto and I endorsed on said copy of the Citation the date of delivery.

To certify which I affix my hand officially this _____ day of
_____, 20 _____.

FEE: $ _____          _____

               _____ of _____

County, Texas
_____    By: _____
        Affiant                                   Deputy

On this day, _____, known to me to be
the person whose signature
appears on the foregoing return, personally appeared. After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited
on the return.

SWORN TO AND SUBSCRIBED BEFORE ME on this _____ of
_____, 20 _____

                 _____
                        Notary Public

CAUSE NUMBER: 2024-02078

**JULIAN ASCIONE**
**PLAINTIFF**

**VS.**                                          **IN THE 270TH JUDICIAL DISTRICT**
                                                **COURT OF HARRIS COUNTY, TEXAS**

**SIGMA ALPHA EPSILON, TEXAS RHO**
**CHAPTER HOUSE CORPORATION, ET AL**
**DEFENDANTS**

### RETURN OF SERVICE

My name is **GUY CONNELLY**. I am over the age of eighteen (18), I am not a party to this case, and have no interest in its outcome. I am in all ways competent to make this affidavit and this affidavit is based on personal knowledge. The facts stated herein are true and correct. My business address is: 207 S. BUFFALO ST. #77 , CANTON  TX , 75103, U.S.A.

ON **Tuesday January 23, 2024 AT 01:22 PM - CITATION, PLAINTIFF'S ORIGINAL PETITION**, came to hand for service upon **SIGMA ALPHA EPSILON TEXAS RHO CHAPTER HOUSE CORPORATION BY SERVING ITS REGISTERED AGENT, COGENCY GLOBAL INC.**.

On **Thursday January 25, 2024** at **10:00 AM** - The above named documents were hand delivered to: **SIGMA ALPHA EPSILON TEXAS RHO CHAPTER HOUSE CORPORATION BY SERVING ITS REGISTERED AGENT, COGENCY GLOBAL INC. @ 1601 ELM STREET, SUITE 4360, DALLAS, TX 75201**, in person, by delivering to Karen Sackey, CSR, designated agent.

**FURTHER AFFIANT SAYETH NOT.**

STATE OF TEXAS                              DECLARATION

"My name is **GUY CONNELLY,** my date of birth is 11/04/1951 my business address is  207 S. BUFFALO ST. #77 , CANTON  TX , 75103, U.S.A.**,** and I declare under penalty of perjury that this affidavit is true and correct."

Executed in **Collin County, State of Texas on Thursday January 25, 2024**

**PSC#2201 EXP. 09/30/24**
Declarant; Appointed in accordance with State Statutes.

2024.01.839388



I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   February 1, 2024

Certified Document Number:        112434774 Total Pages:  3

Marilyn Burgess, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

1/25/2024 4:52 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 83812756
Receipt Number: 979945        By: Bralyn Medlock
Tracking Number: 74278510  Filed: 1/25/2024 4:52 PM

EML
**COPY OF PLEADING PROVIDED BY PLT**

CAUSE NUMBER: 202402078

| | |
|---|---|
| PLAINTIFF: ASCIONE, JULIAN | In the 270th Judicial |
| vs. | District Court of |
| DEFENDANT: SIGMA ALPHA EPSILON TEXAS RHO CHAPTER HOUSE CORPORATION | Harris County, Texas |

CITATION

THE STATE OF TEXAS
County of Harris

TO: SIGMA ALPH EPSILON TEXAS RHO CHAPTER (FORMERLY KNOWN AS TEXAS RHO FRATERNITY CORPORATION) (DOMESTIC NONPROFIT COMPANY) BY SERVING ITS REGISTERED AGENT COGENCY GLOBAL INC

1601 ELM STREET SUITE 4360

DALLAS TX 75201

OR WHEREVER THE AGENT MAY BE FOUND

Attached is a copy of PLAINTIFFS ORIGINAL PETITION.

This instrument was filed on January 11, 2024, in the above numbered and styled cause on the docket in the above Judicial District Court of Harris County, Texas, in the courthouse in the City of Houston, Texas. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

ISSUED AND GIVEN UNDER MY HAND and seal of said Court, at Houston, Texas, this January 19, 2024.



*Marilyn Burgess*

Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002

Generated By: CYNTHIA CLAUSELL

Issued at request of:
RAWLINGS, CLAYTON RICHARD
5020 MONTROSE BLVD. 700
HOUSTON, TX 77006-
713-520-7701
Bar Number: 16589900

Certified Document Number: 112434639 - Page 1 of 4

Tracking Number: 74278371
EML

CAUSE NUMBER: 202402078

PLAINTIFF: ASCIONE, JULIAN

    vs.

DEFENDANT: SIGMA ALPHA EPSILON TEXAS RHO
CHAPTER HOUSE CORPORATION

In the 270th

Judicial District Court

of Harris County, Texas

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____o'clock ____. M., on the _____ day of _____, 20_____.
Executed at (address) _____
in _____ County
at _____ o'clock ____. M., on the _____ day of _____, 20 _____,
by delivering to _____ defendant,
in person, a true copy of this
Citation together with the accompanying _____ copy(ies) of the
_____ Petition
attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this _____ day of _____, 20 _____.

FEE: $ _____

                               _____

                        _____ of _____

County, Texas
_____ By: _____
       Affiant                             Deputy

On this day, _____, known to me to be
the person whose signature
appears on the foregoing return, personally appeared.  After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited
on the return.

SWORN TO AND SUBSCRIBED BEFORE ME on this _____ of _____, 20 _____

Certified Document Number: 112434639 - Page 2 of 4

_____
Notary Public

CAUSE NUMBER: 2024-02078

**JULIAN ASCIONE**
**PLAINTIFF**

**VS.**                                             **IN THE 270TH JUDICIAL DISTRICT**
                                                   **COURT OF HARRIS COUNTY, TEXAS**

**SIGMA ALPHA EPSILON, TEXAS RHO**
**CHAPTER HOUSE CORPORATION, ET AL**
**DEFENDANTS**

**RETURN OF SERVICE**

My name is **GUY CONNELLY**. I am over the age of eighteen (18), I am not a party to this case, and have no interest in its outcome. I am in all ways competent to make this affidavit and this affidavit is based on personal knowledge. The facts stated herein are true and correct. My business address is: 207 S. BUFFALO ST. #77 , CANTON  TX , 75103, U.S.A.

ON **Wednesday January 24, 2024 AT 03:31 PM - CITATION, PLAINTIFF'S ORIGINAL PETITION**, came to hand for service upon **SIGMA ALPHA EPSILON TEXAS RHO CHAPTER (FORMERLY KNOWN AS TEXAS RHO FRATERNITY CORPORATION) (DOMESTIC NONPROFIT COMPANY) BY SERVING ITS REGISTERED AGENT, COGENCY GLOBAL INC.**.

On **Thursday January 25, 2024** at **10:00 AM** - The above named documents were hand delivered to: **SIGMA ALPH EPSILON TEXAS RHO CHAPTER (FORMERLY KNOWN AS TEXAS RHO FRATERNITY CORPORATION) (DOMESTIC NONPROFIT COMPANY) BY SERVING ITS REGISTERED AGENT, COGENCY GLOBAL INC. @ 1601 ELM STREET, SUITE 4360, DALLAS, TX 75201**, in person, by delivering to Karen Sackey, CSR, designated agent.

**FURTHER AFFIANT SAYETH NOT.**

STATE OF TEXAS                             DECLARATION

"My name is **GUY CONNELLY,** my date of birth is 11/04/1951 my business address is  207 S. BUFFALO ST. #77 , CANTON  TX , 75103, U.S.A.**,** and I declare under penalty of perjury that this affidavit is true and correct."

Executed in **Collin County, State of Texas on Thursday January 25, 2024**

**PSC#2201 EXP. 09/30/24**
Declarant; Appointed in accordance with State Statutes.

                                        2024.01.840174



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   February 1, 2024

Certified Document Number:        112434639 Total Pages:  4

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

1/26/2024 11:57 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 83836061
By: Bralyn Medlock
Filed: 1/26/2024 11:57 AM

Receipt Number: 979945
Tracking Number: 74278141

EML
**COPY OF PLEADING PROVIDED BY PLT**

CAUSE NUMBER: 202402078

| | |
|---|---|
| PLAINTIFF: ASCIONE, JULIAN | In the 270th Judicial |
| vs. | District Court of |
| DEFENDANT: SIGMA ALPHA EPSILON TEXAS RHO CHAPTER HOUSE CORPORATION | Harris County, Texas |

CITATION

THE STATE OF TEXAS
County of Harris

TO: FERRUZO, JACK

3115 SHASTA DRIVE

HOUSTON TX 77024

OR WHEREVER HE MAY BE FOUND

    Attached is a copy of PLAINTIFFS ORIGINAL PETITION.

This instrument was filed on January 11, 2024, in the above numbered and styled cause on the docket in the above Judicial District Court of Harris County, Texas, in the courthouse in the City of Houston, Texas. The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED.  You may employ an attorney.  If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.  In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit.  These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find out more at TexasLawHelp.org.

    ISSUED AND GIVEN UNDER MY HAND and seal of said Court, at Houston, Texas, this January 19, 2024.



*Marilyn Burgess*

Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002

Generated By: CYNTHIA CLAUSELL

Issued at request of:
RAWLINGS, CLAYTON RICHARD
5020 MONTROSE BLVD. 700
HOUSTON, TX  77006-
713-520-7701
Bar Number: 16589900

Certified Document Number: 112441724 - Page 2 of 3

Tracking Number: 74278373
EML

CAUSE NUMBER: 202402078

PLAINTIFF: ASCIONE, JULIAN

    vs.

DEFENDANT: SIGMA ALPHA EPSILON TEXAS RHO
CHAPTER HOUSE CORPORATION

In the 270th

Judicial District Court

of Harris County, Texas

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____o'clock ____. M., on the _____ day of _____, 20_____.
Executed at (address) _____
in _____ County
at _____ o'clock ____. M., on the _____ day of _____, 20 _____,
by delivering to _____ defendant,
in person, a true copy of this
Citation together with the accompanying _____ copy(ies) of the
_____ Petition
attached thereto and I endorsed on said copy of the Citation the date of delivery.

To certify which I affix my hand officially this _____ day of _____, 20 _____.

FEE: $ _____

    _____
    _____ of _____
County, Texas
_____    By: _____
        Affiant                        Deputy

On this day, _____, known to me to be the person whose signature
appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME on this _____ of _____, 20 _____

    _____
                      Notary Public

**CAUSE NUMBER: 2024-02078**

**JULIAN ASCIONE**
**PLAINTIFF**

**VS.**                                                    **IN THE 270TH JUDICIAL DISTRICT**
                                                           **COURT OF HARRIS COUNTY, TEXAS**

**SIGMA ALPHA EPSILON, TEXAS RHO**
**CHAPTER HOUSE CORPORATION, ET AL**
**DEFENDANTS**

**RETURN OF SERVICE**

My name is **TREVOR ARNOLD**. I am over the age of eighteen (18), I am not a party to this case, and have no interest in its outcome. I am in all ways competent to make this affidavit and this affidavit is based on personal knowledge. The facts stated herein are true and correct. My business address is: 1411 W. 6th STREET , AUSTIN  TX , 78703, U.S.A.

ON **Wednesday January 24, 2024 AT 04:14 PM - CITATION, PLAINTIFF'S ORIGINAL PETITION**, came to hand for service upon **JACK FERRUZO**.

On **Thursday January 25, 2024** at **07:09 PM** - The above named documents were hand delivered to: **JACK FERRUZO @ 2414 PEARL STREET**, **AUSTIN**, **TX 78705**, **in Person.**

**FURTHER AFFIANT SAYETH NOT.**

STATE OF TEXAS                              DECLARATION

"My name is **TREVOR ARNOLD,** my date of birth is 08/01/1990 my business address is  1411 W. 6th STREET , AUSTIN  TX , 78703, U.S.A.**,** and I declare under penalty of perjury that this affidavit is true and correct."

Executed in **Travis County, State of Texas on Friday January 26, 2024**

**PSC#18879 EXP. 09/30/24**
Declarant; Appointed in accordance with State Statutes.

2024.01.840204



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   February 1, 2024

Certified Document Number:        112441724 Total Pages:  3

Marilyn Burgess, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

1/11/2024 1:28:19 PM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 83326484
By: CLAUSELL, CYNTHIA
Filed: 1/11/2024 10:48:38 AM

# Marilyn Burgess

## HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

### Request for Issuance of Service

CASE NUMBER: _____   CURRENT COURT: _____

Name(s) of Documents to be served: <u>PLAINTIFF'S ORIGINAL PETITION</u> _____

**FILE DATE:** 01/11/2024_____ Month/Day/Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

**Issue Service to:** <u>Sigma Alpha Epsilon, Texas Rho Chapter House Corporation</u> _____

Address of Service: <u>1601 Elm Street, Suite 4360</u> _____

City, State & Zip: <u>Dallas, Texas 75201</u> _____

Agent (if applicable) <u>Cogency Global, Inc.</u> _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED:** (Check the proper Box)

| | | | |
|---|---|---|---|
| ☐ **<u>Citation</u>** | ☐ **Citation by Posting** | ☐ **Citation by Publication** | ☐ **Citations Rule 106 Service** |
| ☐ **Citation Scire Facias** | **Newspaper**_____ | | |
| ☐ **Temporary Restraining Order** | ☐ **Precept** | | ☐ **Notice** |
| ☐ **Protective Order** | | | |
| ☐ **Secretary of State Citation ($12.00)** | ☐ **Capias** (not by E-Issuance) | | ☐ **Attachment** (not by E-Issuance) |
| ☐ **Certiorari** | ☐ **Highway Commission/Texas Department of Transportation ($12.00)** | | |
| ☐ **Commissioner of Insurance ($12.00)** | ☐ **Hague Convention ($16.00)** | | ☐ **Garnishment** |
| ☐ **Habeas Corpus** (not by E-Issuance) | ☐ **Injunction** | | ☐ **Sequestration** |
| ☐ **Subpoena** | | | |
| ☐ **Other (Please Describe)** _____ | | | |

**(See additional Forms for Post Judgment Service)**

**SERVICE BY (check one):**
☐ **ATTORNEY PICK-UP (phone)** _____   x☐ **E-Issuance by District Clerk**
☐ **MAIL to attorney at:** _____   **(No Service Copy Fees Charged)**
☐ **CONSTABLE**   *Note:* The email registered with EfileTexas.gov must be
☐ **CERTIFIED MAIL by CONSTABLE**   used to retrieve the E-issuance Service Documents.
☐ **CERTIFIED MAIL by DISTRICT CLERK**   Visit www.hcdistrictclerk.com for more instructions.

☐ **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: <u>Court Records Research</u>
Phone:<u>713-227-3353</u>
☐ **OTHER,** *explain* _____

**Issuance of Service Requested By:** Attorney/Party Name: <u>Clayton Rawlings</u> Bar # or ID <u>08876500</u>

Mailing Address: <u>5020 Montrose Blvd., Suite 700, Houston, TX 77006</u>

Phone Number: <u>713-520-7701</u>

Certified Document Number: 112199182 - Page 1 of 1



I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   February 6, 2024

Certified Document Number:      112199182 Total Pages:  1

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

1/11/2024 1:28:19 PM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 83326484
By: CLAUSELL, CYNTHIA
Filed: 1/11/2024 10:48:38 AM

# Marilyn Burgess

## HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

### Request for Issuance of Service

CASE NUMBER: _____     CURRENT COURT: _____

Name(s) of Documents to be served: <u>PLAINTIFF'S ORIGINAL PETITION</u>

**FILE DATE:** 01/11/2024_____ Month/Day/Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

**Issue Service to:** <u>Sigma Alpha Epsilon, Texas Rho Chapter</u>

Address of Service: <u>1601 Elm Street, Suite 4360</u>

City, State & Zip: <u>Dallas, Texas 75201</u>

Agent (if applicable) <u>Cogency Global, Inc.</u>

**TYPE OF SERVICE/PROCESS TO BE ISSUED:** (Check the proper Box)

☐ <u>**Citation**</u>  ☐ **Citation by Posting**  ☐ **Citation by Publication**  ☐ **Citations Rule 106 Service**

☐ **Citation Scire Facias   Newspaper**_____

☐ **Temporary Restraining Order**     ☐ **Precept**     ☐ **Notice**

☐ **Protective Order**

☐ **Secretary of State Citation ($12.00)**   ☐ **Capias** (not by E-Issuance)   ☐ **Attachment** (not by E-Issuance)

☐ **Certiorari**     ☐ **Highway Commission/Texas Department of Transportation ($12.00)**

☐ **Commissioner of Insurance ($12.00)**   ☐ **Hague Convention ($16.00)**   ☐ **Garnishment**

☐ **Habeas Corpus** (not by E-Issuance)   ☐ **Injunction**   ☐ **Sequestration**

☐ **Subpoena**

☐ **Other (Please Describe)** _____

**(See additional Forms for Post Judgment Service)**

**SERVICE BY** *(check one)*:
☐ **ATTORNEY PICK-UP (phone)** _____   x☐ <u>**E-Issuance by District Clerk**</u>
☐ **MAIL to attorney   at:** _____   **(No Service Copy Fees Charged)**
☐ **CONSTABLE**   *Note:* The email registered with EfileTexas.gov must be
☐ **CERTIFIED MAIL by CONSTABLE**   used to retrieve the E-issuance Service Documents.
☐ **CERTIFIED MAIL by DISTRICT CLERK**   Visit www.hcdistrictclerk.com for more instructions.

☐ **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: <u>Court Records Research</u>
Phone:<u>713-227-3353</u>
☐ **OTHER,** *explain* _____

**Issuance of Service Requested By:** Attorney/Party Name: <u>Clayton Rawlings</u>  Bar # or ID  <u>08876500</u>

Mailing Address: <u>5020 Montrose Blvd., Suite 700, Houston, TX 77006</u>

Phone Number: <u>713-520-7701</u>

Certified Document Number: 112199183 - Page 1 of 1



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   February 6, 2024

Certified Document Number:        112199183 Total Pages:  1

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

1/11/2024 1:28:19 PM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 83326484
By: CLAUSELL, CYNTHIA
Filed: 1/11/2024 10:48:38 AM

# Marilyn Burgess

## HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

## Request for Issuance of Service

CASE NUMBER: _____   CURRENT COURT: _____

Name(s) of Documents to be served: PLAINTIFF'S ORIGINAL PETITION _____

**FILE DATE:** 01/11/2024_____ Month/Day/Year
**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

**Issue Service to:** Brent Bechtol _____

Address of Service: 3603 Sunset Blvd _____

City, State & Zip: Houston, Texas 77005 _____

Agent (if applicable)

**TYPE OF SERVICE/PROCESS TO BE ISSUED:** (Check the proper Box)

☐ **Citation**   ☐ **Citation by Posting**   ☐ **Citation by Publication**   ☐ **Citations Rule 106 Service**
☐ **Citation Scire Facias**   **Newspaper**_____
☐ **Temporary Restraining Order**   ☐ **Precept**   ☐ **Notice**
☐ **Protective Order**
☐ **Secretary of State Citation ($12.00)**   ☐ **Capias** (not by E-Issuance)   ☐ **Attachment** (not by E-Issuance)
☐ **Certiorari**   ☐ **Highway Commission/Texas Department of Transportation ($12.00)**
☐ **Commissioner of Insurance ($12.00)**   ☐ **Hague Convention ($16.00)**   ☐ **Garnishment**
☐ **Habeas Corpus** (not by E-Issuance)   ☐ **Injunction**   ☐ **Sequestration**
☐ **Subpoena**
☐ **Other (Please Describe)** _____
**(See additional Forms for Post Judgment Service)**

**SERVICE BY** (check one):
☐ **ATTORNEY PICK-UP (phone)** _____   x☐ **E-Issuance by District Clerk**
☐ **MAIL to attorney   at:** _____   **(No Service Copy Fees Charged)**
☐ **CONSTABLE**   *Note*: The email registered with EfileTexas.gov must be
☐ **CERTIFIED MAIL by CONSTABLE**   used to retrieve the E-issuance Service Documents.
☐ **CERTIFIED MAIL by DISTRICT CLERK**   Visit www.hcdistrictclerk.com for more instructions.

☐ **CIVIL PROCESS SERVER** - Authorized Person to Pick-up: Court Records Research
Phone: 713-227-3353
☐ **OTHER,** *explain* _____

**Issuance of Service Requested By:** Attorney/Party Name: Clayton Rawlings   Bar # or ID   08876500

Mailing Address: 5020 Montrose Blvd., Suite 700, Houston, TX 77006

Phone Number: 713-520-7701



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   February 6, 2024

Certified Document Number:        112199180 Total Pages:  1

Marilyn Burgess, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

1/11/2024 1:28:19 PM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 83326484
By: CLAUSELL, CYNTHIA
Filed: 1/11/2024 10:48:38 AM

# Marilyn Burgess

## HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

## Request for Issuance of Service

CASE NUMBER: _____  CURRENT COURT: _____

Name(s) of Documents to be served: <u>PLAINTIFF'S ORIGINAL PETITION</u>_____

**FILE DATE:** 01/11/2024_____ Month/Day/Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

Issue Service to: <u>Jack Ferruzo</u>_____

Address of Service: <u>311 Shasta Drive</u>_____

City, State & Zip: <u>Houston, Texas 77024</u>_____

Agent (if applicable)

**TYPE OF SERVICE/PROCESS TO BE ISSUED:** (Check the proper Box)

- [ ] <u>**Citation**</u>    [ ] **Citation by Posting**    [ ] **Citation by Publication**    [ ] **Citations Rule 106 Service**
- [ ] **Citation Scire Facias**    Newspaper_____
- [ ] **Temporary Restraining Order**    [ ] **Precept**    [ ] **Notice**
- [ ] **Protective Order**
- [ ] **Secretary of State Citation ($12.00)**    [ ] **Capias** (not by E-Issuance)    [ ] **Attachment** (not by E-Issuance)
- [ ] **Certiorari**    [ ] **Highway Commission/Texas Department of Transportation ($12.00)**
- [ ] **Commissioner of Insurance ($12.00)**    [ ] **Hague Convention ($16.00)**    [ ] **Garnishment**
- [ ] **Habeas Corpus** (not by E-Issuance)    [ ] **Injunction**    [ ] **Sequestration**
- [ ] **Subpoena**
- [ ] **Other (Please Describe)** _____

**(See additional Forms for Post Judgment Service)**

**SERVICE BY** *(check one)*:
- [ ] **ATTORNEY PICK-UP (phone)** _____    [x] **E-Issuance by District Clerk**
- [ ] **MAIL to attorney** at: _____    **(No Service Copy Fees Charged)**
- [ ] **CONSTABLE**    *Note:* The email registered with EfileTexas.gov must be
- [ ] **CERTIFIED MAIL by CONSTABLE**    used to retrieve the E-issuance Service Documents.
- [ ] **CERTIFIED MAIL by DISTRICT CLERK**    Visit www.hcdistrictclerk.com for more instructions.

- [ ] **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: <u>Court Records Research</u>
Phone:<u>713-227-3353</u>
- [ ] **OTHER,** *explain* _____

**Issuance of Service Requested By:** Attorney/Party Name: <u>Clayton Rawlings</u>  Bar # or ID <u>08876500</u>

Mailing Address: <u>5020 Montrose Blvd., Suite 700, Houston, TX 77006</u>

Phone Number: <u>713-520-7701</u>

Certified Document Number: 112199181 - Page 1 of 1



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   February 6, 2024

Certified Document Number:        112199181 Total Pages:  1

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**