2/5/2024 4:10 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 84162376
By: C Ougrah
Filed: 2/5/2024 4:10 PM

CAUSE NO.  2024-02078

| | | |
|---|---|---|
| JULIAN ASCIONE | § | IN THE DISTRICT COURT OF |
| | § | |
| V. | § | HARRIS COUNTY, TEXAS |
| | § | |
| SIGMA ALPHA EPSILON, TEXAS RHO | § | |
| CHAPTER HOUSE CORPORATION; | § | |
| SIGMA ALPHA EPSILON, TEXAS RHO | § | |
| CHAPTER; BRENT BECHTOL AND | § | |
| JACK FERRUZO | § | 270TH JUDICIAL DISTRICT |

## **DEFENDANT'S ORIGINAL ANSWER**

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant, Brent Bechtol, files this Original Answer and shows the Court as follows:

I.

Pursuant to Tex. R. Civ. P. 92, Defendant enters a general denial of all the material allegations of the Plaintiff.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that Plaintiff take nothing and that Defendant recovers his costs and general relief.

**SIGNATURE BLOCK FOLLOWING**

EXHIBIT
**B-2**

Respectfully Submitted,

CASHIOLA LAW FIRM


*/s/ Randal G. Cashiola*
Randal G. Cashiola
State Bar No. 03966802
2905 Toccoa Road
Beaumont, Texas 77703
T:  409.813.1443
F:  409.813.1447
docket@cashiolalaw.com

**ATTORNEY FOR DEFENDANT,
BRENT BECHTOL**


## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of February, 2024, a copy of the foregoing document has been served via efile.txcourts.gov on:

Clay Rawlings
Keith Hampton
Hampton & Rawlings
5020 Montrose Blvd., Suite 700
Houston, Texas  77706


*/s/ Randal G. Cashiola*
Randal G. Cashiola

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Bethany Morris on behalf of Randal Cashiola
Bar No. 3966802
beth@cashiolalaw.com
Envelope ID: 84162376
Filing Code Description: Answer/ Response / Waiver
Filing Description: Defendant Original Answer
Status as of 2/5/2024 4:23 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Randal Cashiola | | docket@cashiolalaw.com | 2/5/2024 4:10:58 PM | SENT |
| Clay Rawlings | | clayrawlings@aol.com | 2/5/2024 4:10:58 PM | SENT |



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   February 6, 2024

Certified Document Number:      112617435 Total Pages:  3

Marilyn Burgess, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**