Case 4:24-cv-00439   Document 1-7   Filed on 02/06/24 in TXSD   Page 1 of 4

2/5/2024 4:39 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 84165887
By: C Ougrah
Filed: 2/5/2024 4:39 PM

CAUSE NO. 2024-02078

| | | |
|---|---|---|
| JULIAN ASCIONE | § | IN THE DISTRICT COURT |
| | § | |
| V. | § | |
| | § | |
| SIGMA ALPHA EPSILON, TEXAS RHO | § | HARRIS COUNTY, TEXAS |
| CHAPTER HOUSE CORPORATION, | § | |
| SIGMA ALPHA EPSILON, TEXAS RHO | § | |
| CHAPTER, BRENT BECHTOL AND | § | |
| JACK FERRUZZO | § | 270TH JUDICIAL DISTRICT |

## DEFENDANT SIGMA ALPHA EPSILON, TEXAS RHO CHAPTER'S ORIGINAL ANSWER

Defendant Sigma Alpha Epsilon, Texas Rho Chapter ("SAE Texas Rho Chapter") files this its Original Answer as follows:

### General Denial

Pursuant to Rule 92 of the Texas Rules of Civil Procedure, SAE Texas Rho Chapter generally denies each and every, all and singular, of the allegations contained in Plaintiffs' Original Petition and demands strict proof thereof.

### Amendment

SAE Texas Rho Chapter specifically reserves its right to amend this pleading as permitted by the Texas Rules of Civil Procedure.

### Prayer

For these reasons, SAE Texas Rho Chapter prays that Plaintiff take nothing and that it recovers its costs and all other and further relief to which it may be justly entitled in law and in equity.

1



February 5, 2024.                            Respectfully submitted,

                                             By: */s/ Andrew P. Tower*
                                             Andrew P. Tower, Esq.
                                             Texas Bar No. 00786291
                                             5850 San Felipe St., Ste. 500
                                             Houston, Texas 77057
                                             Telephone: (713) 364-4701
                                             Facsimile: (713) 422-2364
                                             andy@atowerassoc.com

                                             ATTORNEY FOR DEFENDANT
                                             SIGMA ALPHA EPSILON, TEXAS RHO
                                             CHAPTER

## CERTIFICATE OF SERVICE

       I certify that a true and correct copy of the foregoing has been served on all attorneys of record, by electronic service via efile.txcourts.gov on February 5, 2024.

Clay Rawlings
Keith Hampton
Hampton & Rawlings
5020 Montrose Blvd., Suite 700
Houston, Texas 77006

Randal G. Cashiola
Cashiola Law Firm
2905 Toccoa Road
Beaumont, Texas 77703

                                             */s/ Andrew P. Tower*
                                             Andrew P. Tower

Certified Document Number: 112617951 - Page 2 of 3

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Andrew Tower on behalf of Andrew Tower
Bar No. 786291
andy@atowerassoc.com
Envelope ID: 84165887
Filing Code Description: Answer/ Response / Waiver
Filing Description: Defendant Sigma Alpha Epsilon, Texas Rho Chapter's Original Answer
Status as of 2/5/2024 4:44 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Randal Cashiola | | docket@cashiolalaw.com | 2/5/2024 4:39:24 PM | SENT |
| Clay Rawlings | | clayrawlings@aol.com | 2/5/2024 4:39:24 PM | SENT |



I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   February 6, 2024

Certified Document Number:        112617951 Total Pages:  3

*Marilyn Burgess* (signature)

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**