**Harris County Docket Sheet**

# 2024-02078

**COURT:** 270th

**FILED DATE:** 1/11/2024

**CASE TYPE:** Premises



---

### ASCIONE, JULIAN

**Attorney: YOKOPOVICH, ANDREW P.**

### vs.

### SIGMA ALPHA EPSILON TEXAS RHO CHAPTER HOUSE CORPORATION

**Attorney: CASHIOLA, RANDAL G.**

---

| Docket Sheet Entries | |
|---|---|
| Date | Comment |

