IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

===============================
CIVIL ACTION NO. _____
===============================

JULIAN ASCIONE
v.
SIGMA ALPHA EPSILON, TEXAS RHO CHAPTER HOUSE CORPORATION, BRENT BECHTOL, SIGMA ALPHA EPSILON, TEXAS RHO CHAPTER AND JACK FERRUZZO

**INDEX OF STATE COURT FILE**

1. Plaintiff's Original Petition — 01/11/2024
2. Request for Issuance of Service — 01/11/2024
3. Request for Issuance of Service — 01/11/2024
4. Request for Issuance of Service — 01/11/2024
5. Request for Issuance of Service — 01/11/2024
6. Citation Return Re SAE Texas Rho Chapter — 01/25/2024
7. Citation Return Re SAE Texas Rho Chapter House Corporation — 01/25/2024
8. Citation Return Re Jack Ferruzzo — 01/26/2024
9. Defendant, Brent Bechtol's Original Answer — 02/05/2024
10. Defendant, SAE, Texas Rho Chapter House Corp.'s Original Answer — 02/05/2024
11. Defendant, Jack Ferruzzo Original Answer — 02/05/2024
12. Defendant, SAE, Texas Rho Chapter's Original Answer — 02/05/2024


EXHIBIT D