**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

===============================
CIVIL ACTION NO. _____
===============================

JULIAN ASCIONE
v.
SIGMA ALPHA EPSILON, TEXAS RHO CHAPTER
HOUSE CORPORATION, BRENT BECHTOL, SIGMA ALPHA
EPSILON, TEXAS RHO CHAPTER AND JACK FERRUZZO

## LIST OF PARTIES AND COUNSEL

**Julian Ascione, Plaintiff**

Clay Rawlings
State Bar No. 16589900
Keith Hampton
State Bar No. 08876500
Hampton & Rawlings
5020 Montrose Blvd., Suite 700
Houston, Texas 77706
T: 713.520.7701
F: 713.520.8612
clayrawlings@aol.com
rkh72@aol.com

**Sigma Alpha Epsilon,**
**Texas Rho Chapter House, Defendant**

Randal Cashiola
State Bar No. 03966802
Cashiola Law Firm
2905 Toccoa Road
Beaumont, Texas 77703
T: 409.813.1443
F: 409.813.1447
docket@cashiolalaw.com

**Brent Bechtol, Defendant**

Randal Cashiola
State Bar No. 03966802
Cashiola Law Firm
2905 Toccoa Road
Beaumont, Texas 77703
T: 409.813.1443
F: 409.813.1447
docket@cashiolalaw.com



EXHIBIT E

| | |
|---|---|
| **Signa Alpha Epsilon,** <br> **Texas Rho Chapter, Defendant** | Andrew P. Tower, Esq. <br> State Bar No. 00786291 <br> 5850 San Felipe St., Ste. 500 <br> Houston, Texas 77057 <br> T: 713.364.4701 <br> F:  713.422.2364 <br> andy@atowerassoc.com |
| **Jack Ferruzzo, Defendant** | Andrew P. Tower, Esq. <br> State Bar No. 00786291 <br> 5850 San Felipe St., Ste. 500 <br> Houston, Texas 77057 <br> T: 713.364.4701 <br> F:  713.422.2364 <br> andy@atowerassoc.com |